THE JEWELERS' LEAGUE OF NEW YORK, Plaintiff, *v.* CONRAD HEPKE et al., Defendants.

CONRAD HEPKE, Appellant; THEKLA M. BECKER, Respondent

*Jewelers' League of N. Y. v. Hepke,* 49 App. Div. 648, affirmed.
(Argued March 4, 1901; decided March 19, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1900, affirming a judgment in an action of interpleader to determine the ownership of certain benefit moneys, entered upon a decision of the court on trial at Special Term.

*Walter R. Beach* for appellant.

*Abel Crook* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Taking no part: PARKER, Ch. J.